IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIK EMERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case 1:20-cv-00808-CFC |
| | * | |
| MEZZION INTERNATIONAL, LLC, | * | |
| MEZZION PHARMACEUTICALS, INC., | * | |
| and MEZZION PHARMA CO., LTD., | * | |
| | * | |
| Defendants. | * | |

## **CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that the foregoing paper complies with the type, font, and word limitations set forth in the Court's November 6, 2019, Standing Order Regarding Briefing in All Cases.

                                                    */s/ Francis G.X. Pileggi*
                                          Francis G.X. Pileggi (Del. Bar No. 2624)