# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 31st day of July, 2020, copies of the foregoing papers were served via CM/ECF to all counsel of record:

Carmella P. Keener, Esquire
Cooch and Taylor, P.A.
The Nemours Building
1007 North Orange Street, Suite 1120
Wilmington, DE 19801

                                            */s/ Francis G.X. Pileggi*
                                            Francis G.X. Pileggi (Del. Bar No. 2624)